JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT SMITH,** | ) | NO. CV 19-3883-FMO (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing the Petition, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 5, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE